UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE CROWE MOORE,

    Plaintiff,

v.

UNKNOWN MIRELES, et al.,

    Defendants.

_____/

Case No. 1:23-cv-885

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Robert Ward (named in the Complaint as Correctional Officer Unknown Ward) and Steven Crater (named in the Complaint as Correctional Officer Unknown Crater) filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 33) on July 11, 2025, recommending that the motion for summary judgment as to Defendant Crater be granted, and that the motion for partial summary judgment as to Defendant Ward be granted. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the motion for summary judgment as to Defendant Crater (ECF No. 18) is GRANTED. Defendant Crater is TERMINATED from this action.

**IT IS FURTHER ORDERED** that the motion for partial summary judgment as to Defendant Ward (ECF No. 18) is GRANTED.  This matter proceeds on Plaintiff's claim that Defendant Ward retaliated against him by issuing the January 12, 2023 misconduct report.

Dated: August 11, 2025                                    /s/ Jane M. Beckering
                                                                            JANE M. BECKERING
                                                                            United States District Judge